IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 1 1 2002

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | |
| VS. | § | C.A. NO. B-02-011 |
| | § | |
| ENSCO INC. AND ENSCO OFFSHORE | § | |
| COMPANY | § | |

## CERTIFICATE OF INTERESTED PERSONS OF DEFENDANTS
## ENSCO INC. AND ENSCO OFFSHORE COMPANY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Defendants, ENSCO Inc. and ENSCO Offshore Company**, and file their

Certificate of Interested Persons, respectfully showing the Court that the following persons and/or

entities are interested in this suit:

1. Gilberto Pineda, Plaintiff;

2. ENSCO Inc., Defendant (neither a necessary nor a proper party); and,

3. ENSCO Offshore Company, Defendant; (vessel owner and Plaintiff's employer).

Respectfully submitted,

Robert L. Klawetter
State Bar No. 11554700
20th Floor, Niels Esperson Building
808 Travis Street
Houston, TX 77002
(713) 225-0905 – Telephone
(713) 225-2907 – Telefacsimile

Attorneys for Defendants
ENSCO Inc. and ENSCO Offshore Company

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

19864 ♦ 2PJGH2120.RLK

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am a member of the firm of Eastham, Watson, Dale & Forney, L.L.P., attorneys in charge for the Defendants herein, and that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 7th day of **February, 2002**.

**CM/RRR #7001 0320 0000 7030 0412**
Mr. Anthony H. Buzbee
Attorney at Law
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas  77546

Robert L. Klawetter