

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | |
| VS. | § | C.A. NO. B-02-011 |
| | § | |
| ENSCO INC. AND ENSCO OFFSHORE COMPANY | § § | |

### DEFENDANTS' NOTICE OF FILING INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants **ENSCO Inc. and ENSCO Offshore Company**, and confirms that they have served their Initial Disclosure upon Plaintiff's counsel.

Respectfully submitted,

Robert L. Klawetter
State Bar No. 11554700
20th Floor, Niels Esperson Building
808 Travis Street
Houston, TX 77002
(713) 225-0905 – Telephone
(713) 225-2907 – Telefacsimile

Attorneys for Defendants,
ENSCO Inc. and ENSCO Offshore Company

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

19864♦2NJGH2160 RLK

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that I am a member of the firm of Eastham, Watson, Dale & Forney, L.L.P., attorneys in charge for the Defendant herein, and that I forwarded a true and correct copy of the foregoing to all counsel of record on this the **26**[th] day of **February 2002**.

**CM/RRR #7001 0320 0000 7030 0351**
Mr. Anthony H. Buzbee
The Law Offices of Anthony G. Buzbee, P.C.
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas  77546

*[signature]*
Robert L. Klawetter