8

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Gilberto Pineda §
§
versus §
§   CIVIL ACTION NO. B-02-CV-11
Ensco Inc Et. Al. §
§

## ORDER STRIKING DOCUMENT

The Clerk has filed your _# Initial Disclosure_ however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☒ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☐ Motion does not comply with L.R.7.

   a. ☐ No statement of opposition or non-opposition (L.R.7.2).

   b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☑ Other: _No Federal ID #_

The document is stricken from the record.

Date: 3/5/02

_Hilda Tagle_

UNITED STATES DISTRICT JUDGE