9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | |
| VS. | § | C.A. NO. B-02-011 |
| | § | |
| ENSCO INC. AND ENSCO OFFSHORE | § | |
| COMPANY | § | |

## DEFENDANTS' NOTICE OF FILING INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants **ENSCO Inc. and ENSCO Offshore Company**, and confirms that they have served their Initial Disclosure upon Plaintiff's counsel.

Respectfully submitted,

Robert L. Klawetter
State Bar No. 11554700
Federal I.D. #2471
20th Floor, Niels Esperson Building
808 Travis Street
Houston, TX 77002
(713) 225-0905 – Telephone
(713) 225-2907 – Telefacsimile

Attorneys for Defendants,
ENSCO Inc. and ENSCO Offshore Company

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

19864•2NJGH2160.REV

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am a member of the firm of Eastham, Watson, Dale & Forney, L.L.P., attorneys in charge for the Defendant herein, and that I forwarded a true and correct copy of the foregoing to all counsel of record on this the **5**th day of **March 2002**.

Mr. Anthony H. Buzbee
The Law Offices of Anthony G. Buzbee, P.C.
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546

Robert L. Klawetter