IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | **C.A. NO. B-02-011** |
| VS. | § | |
| | § | Pursuant to Rule 9(h) of |
| ENSCO, INC. and | § | the Federal Rules of Civil |
| ENSCO OFFSHORE COMPANY | § | Procedure - ADMIRALTY |

**PLAINTIFF'S INITIAL DISCLOSURES**

COMES NOW, GILBERTO PINEDA, Plaintiff and makes his Initial Disclosures.

(1)  INITIAL DISCLOSURES:

    A.  Individuals who may have discoverable information relevant to disputed facts alleged in the pleadings:

        Gilberto Pineda
        2220 Cleary Aveneu, #312
        Metarie, Louisiana 70001
        504/484-5377

        Ivy Haymon
        P.O. Box 1703
        Leesville, LA 71496
        318/238-4474

        Marcus D. Ladkin
        P.O. Box 266
        Florien, LA 71429
        318/586-4882

        Carl D. Main
        17004 Highway 84
        Bismarkck, AR 71929
        501/865-3882

Michael Leggett
P.O. Box 15422
Hattiesburg, MS 39404
601/545-2938

Thomas W. Daigle
501 Highway 26 North
Lake Arther, LA 70549
337/774-1137

Charles E. Ratcliff
Rt. 1, Box 119
Carson, MS 39427
601/943-5662

Dennis Raymond Hazel
P.O. Box 4817
Lafayette, LA 70502
337/739-5393

Wayne T. Hession
100 Lamar Avenue
Hattiesburg, MS 39402
601/268-0426

Junior Gallegos
Port Arthur, TX
409/363-3354

Crew members and other personnel on board the ENSCO Rig 51 at the time of the incident.

The above persons may have knowledge of the facts and circumstances surrounding the incident, as well as Plaintiff's injuries.

David G. Haman, M.D.
VALLEY REGIONAL MEDICAL CENTER
100 E. FM 3248
Brownsville, TX 78521
956/350-7000

      Lubor J. Jarolmek, M.D., P.A.
      1200 Binz, Suite 100
      Houston, Texas 77004
      713/285-1993

The above are Plaintiff's health care providers.

      Kenneth G. McCoin, Ph.D.
      7670 Woodway, Suite 171
      Houston, Texas 77063
      713/626-0144

The above is an economist and vocational rehabilitation counselor who is expected to give expert testimony on behalf of Plaintiff.

B.    Documents and tangible things which may be relevant to disputed facts.

Please refer to the medical records pertaining to Plaintiff, attached hereto. Also, Plaintiff will provide copies of his federal income tax returns for the last several years when available.

C.    Compilation of any category of damages claimed:

Please refer to the medical bills incurred by Plaintiff as a result of the incident made the basis of this suit. Additionally, an economic report will be produced to Defendant within the deadlines established by this Court.

D.    Insurance Agreement under which any person carrying on an insurance business may be liable to satisfy all or part of the judgment entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Not applicable

2.    DISCLOSURE OF EXPERT TESTIMONY:

A.    Identity of any person who may be used at trial to present evidence under rules 702, 703, or 705 of the Federal Rules of Evidence.

Plaintiff intends to elicit expert trial testimony from the following persons:

Kenneth G. McCoin, Ph.D.

Plaintiff will comply with the Court's deadlines regarding the designation of any such experts.

B. Expert's written report.

Plaintiff will comply with the Court's deadlines regarding the production of expert reports.

Respectfully submitted,

**THE LAW OFFICES OF
ANTHONY G. BUZBEE, P.C.**

By: _____
ANTHONY G. BUZBEE
STATE BAR NO. 24001820
FEDERAL ID. No. 22679
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546
281/992-5393
281/992-5392 (FAX)

ATTORNEY FOR PLAINTIFF
GILBERTO PINEDA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered, via certified mail, return receipt requested and/or regular U.S. mail and/or facsimile transmission, to the following:

ROBERT L. KLAWETTER
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas 77002
713/225-0905
713/225-2907 (FAX)

on this the 25 day of March, 2002.

_____
NICHOLAS SIMON