United States District Court
Southern District of Texas
FILED

JUN 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | C.A. NO. B-02-011 |
| VS. | § | |
| | § | Pursuant to Rule 9(h) of |
| ENSCO, INC. and | § | the Federal Rules of Civil |
| ENSCO OFFSHORE COMPANY | § | Procedure - ADMIRALTY |

**PLAINTIFF'S UNOPPOSED MOTION TO ATTEND PRETRIAL CONFERENCE TELEPHONICALLY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GILBERTO PINEDA, Plaintiff, and files this Unopposed Motion to Attend Telephonically the Pretrial Conference scheduled for June 4, 2002 at 1:45 p.m. and, in support thereof, would respectfully show unto this Honorable Court the following:

**I.**

Anthony G. Buzbee of The Law Offices of Anthony G. Buzbee, P.C. is attorney of record and lead counsel for Mr. Pineda's claims. Nicholas Simon, an associate with The Law Offices of Anthony G. Buzbee, P.C. was scheduled to personally attend the Pretrial conference on Mr. Pineda's behalf. Upon checking with the Case Manager of this Honorable Court on June 3, 2002, Mr. Simon learned that the appearance of lead counsel is required. Mr. Buzbee is presenting a client for deposition on June 4, 2002, at 1:00 p.m. in cause number G-01-618.

**II.**

Plaintiff respectfully requests that Mr. Buzbee be able to appear telephonically. Counsel will break from the deposition and appear telephonically.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests the Court grant this MOTION TO ATTEND PRETRIAL CONFERENCE TELEPHONICALLY, and for all such other and further relief, at law and in equity, to which the Parties may be justly entitled.

Respectfully submitted,

THE LAW OFFICES OF
ANTHONY G. BUZBEE, P.C.

By: _____
ANTHONY G. BUZBEE
STATE BAR NO. 24001820
FEDERAL ID. No. 22679
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546
281/992-5393
281/992-5392 (FAX)

ATTORNEY FOR PLAINTIFF
GILBERTO PINEDA

## CERTIFICATE OF NON-OPPOSITION

I hereby certify that I have contacted Robert Klawetter, counsel for Defendant, who has stated that he is not opposed to the filing of this motion and the relief sought herein.

_____
NICHOLAS SIMON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered, via certified mail, return receipt requested and/or facsimile transmission on the following:

**EASTHAM, WATSON, DALE & FORNEY, L.L.P.**

ROBERT L. KLAWETTER
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas 77002
713/225-0905
713/225-2907 (FAX)


on the __3__ day of June, 2002.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NICHOLAS SIMON