IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | C.A. NO. B-02-011 |
| VS. | § | |
| | § | Pursuant to Rule 9(h) of |
| ENSCO, INC. and | § | the Federal Rules of Civil |
| ENSCO OFFSHORE COMPANY | § | Procedure - ADMIRALTY |

## ORDER

ON THIS DATE, came on to be heard the Unopposed Motion To Attend Pretrial Conference Telephonically of Plaintiff, GILBERTO PINEDA, and the Court, after having reviewed the pleadings on file and the evidence necessary for the disposition of this matter, is of the opinion that said motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Unopposed Motion To Attend Telephonically be, and is hereby, granted.

DONE on the 3rd day of June, 2002.

HONORABLE HILDA G. TAGLE,
UNITED STATES DISTRICT JUDGE