*13*

# Civil Courtroom Minutes

| | | |
|---|---|---|
| **JUDGE** | Hilda G. Tagle | |
| **CASE MANAGER** | Stella Cavazos | |
| **LAW CLERK** | ☐ Roberts   ■ Lehrman | |



United States District Court
Southern District of Texas
FILED

JUN 0 4 2002

Michael N. Milby
Clerk of Court

| | | | | |
|---|---|---|---|---|
| **DATE** | 06 | 04 | 02 | |
| **TIME** | | a.m. | | a.m. |
| | 1:50 | p.m. | 2:15 | p.m. |
| **CIVIL ACTION** | B | 02 | 11 | |

**STYLE**

Gilberto Pineda
*versus*
Ensco Inc., Ensco Offshore Co.

**DOCKET ENTRY**

(HGT) ☒ Scheduling Conference   (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):

    Anthony Buzbee

Attorney(s) for Defendant(s):

    Robert Klawetter

    The Parties appeared telephonically. The Court has reviewed the proposed scheduling order. The Court requested more notice if the parties want a telephone conference in the future.

    The Court asked about Plaintiff's injury. Plaintiff was employed as a galley hand, injured back while taking out trash. Nonjury case. The Court asked whether Defendants plan to file a motion to dismiss, and he said no, venue is correct in Brownsville.

    Basket on rig trash was thrown into. Cannot find any indication that there was any slip hazard. There remain legitimate questions as to hazardous condition.

    What about mediation? The Court asked about the dollar amount, and Mr. Buzbee said he did not have a figure yet. The Court advised that the magistrate judge is a certified mediator. Mr. Klawetter predicted that the Parties will be amenable to mediation.

    Early February was submitted as a potential trial date.

Mr. Klawetter stated that Ensco Inc. is not a proper or necessary party, and Mr. Klawetter is happy to make that stipulation. Mr. Buzbee said he would file a Rule 41 motion this week to dismiss Ensco Inc. without prejudice. Before June 14.