*14*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

GILBERTO PINEDA §
§
*Versus* § CIVIL ACTION B-02-011
§
ENSCO INC. AND ENSCO OFFSHORE §
COMPANY §

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

**Scheduling Order**

1. Trial: Estimated time to try: ____3____ days.        G **Bench**     G Jury

2. New parties must be joined by:        June 25, 2002

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    September 4, 2002

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:        December 4, 2002

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

   ********************* The court will provide these dates. *************************

6. Dispositive Motions will be filed by:        1/3/03

7. Joint pretrial order is due:        2/20/03

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    3/6/03

9. Jury Selection is set for 9:00 a.m. on:        N/A

The case will remain on standby until tried.

Signed ____June 5____, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order—Page Two*

\*_Anthony G. Bugbee_  _Robert L. Klawetter_
Counsel for Plaintiff, Gilberto Pineda   Counsel for Defendants, ENSCO Inc. and ENSCO Offshore Company

\* Signed by permission