*/5*

United States District Court
Southern District of Texas
FILED

JUN 0 7 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | **C.A. NO. B-02-011** |
| VS. | § | |
| | § | Pursuant to Rule 9(h) of |
| ENSCO, INC. and | § | the Federal Rules of Civil |
| ENSCO OFFSHORE COMPANY | § | Procedure - ADMIRALTY |

**PLAINTIFF'S CERTIFICATE
OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, GILBERTO PINEDA, Plaintiff, and files his Certificate of Financially

Interested Parties.

Gilberto Pineda, Plaintiff

Anthony G. Buzbee, Attorney for Plaintiff
The Law Offices of Anthony G. Buzbee, P.C.
2401 W. Parkwood, Ste B
Friendswood, Texas 77546
281/992-5393
281/992-5392 (FAX)

Ensco Offshore Company, Defendant

Robert L. Klawetter, Attorney for Defendant
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas 77002
713/225-0905
713/225-2907 (FAX)

Respectfully submitted,

**THE LAW OFFICES OF**
**ANTHONY G. BUZBEE, P.C.**

By:  _J. G. Buzbee_

ANTHONY G. BUZBEE
STATE BAR NO. 24001820
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546
281/992-5393
281/992-5392 (FAX)

ATTORNEY FOR PLAINTIFF
GILBERTO PINEDA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served, via certified mail, return receipt requested and/or facsimile transmission on the following:

Robert L. Klawetter, Attorney for Defendant
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas 77002
713/225-0905
713/225-2907 (FAX)

on this the ____5____ day of June, 2002.

NICHOLAS SIMON

2