United States District Court
Southern District of Texas
FILED

JUN 1 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | C.A. NO. B-02-011 |
| VS. | § | |
| | § | Pursuant to Rule 9(h) of |
| ENSCO, INC. and | § | the Federal Rules of Civil |
| ENSCO OFFSHORE COMPANY | § | Procedure - ADMIRALTY |

**PLAINTIFF'S FIRST AMENDED UNOPPOSED MOTION TO DISMISS
DEFENDANT, ENSCO, INC. WITHOUT PREJUDICE**

COMES NOW, GILBERTO PINEDA, Plaintiff in the captioned cause and files his Motion to Dismiss Defendant, ENSCO, INC. Without Prejudice and shows as follows:

Plaintiff no longer wishes to pursue a claim against Defendant, ENSCO, INC. and requests that this Court dismiss all of Plaintiff's claims, without prejudice to his right to refile, as against Defendant, ENSCO, INC., only. This request does not apply to any other Defendant in this cause of action. Plaintiff will continue prosecution of his claims as against ENSCO OFFSHORE COMPANY.

Respectfully submitted,

THE LAW OFFICES OF
ANTHONY G. BUZBEE, P.C.

By: _____
ANTHONY G. BUZBEE
STATE BAR NO. 24001820
FEDERAL ID. No. 22679
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546
281/992-5393
281/992-5392 (FAX)

ATTORNEY FOR PLAINTIFF
GILBERTO PINEDA

## CERTIFICATE OF NONOPPOSITION

I hereby certify that I have contacted counsel for Defendants, ENSCO, INC. and ENSCO OFFSHORE COMPANY, who has expressed that he is not opposed to the filing of this motion or the relief sought herein.

_____
NICHOLAS SIMON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served, via certified mail, return receipt requested and/or facsimile transmission on the following:

**EASTHAM, WATSON, DALE & FORNEY, L.L.P.**

ROBERT L. KLAWETTER
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas 77002
713/225-0905
713/225-2907 (FAX)

ATTORNEY FOR DEFENDANTS,
ENSCO, INC. and
ENSCO OFFSHORE COMPANY

on the ___11___ day of June, 2002.

_____
NICHOLAS SIMON