UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO PINEDA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-02-011 |
| ENSCO, INC. and ENSCO OFFSHORE COMPANY, | § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 19, 2002, the Court considered Plaintiff's First Amended Unopposed Motion to Dismiss Defendant, Ensco, Inc. Without Prejudice [Dkt. No. 17]. After consideration the Court hereby **GRANTS** the Motion. Ensco Offshore Company remains as the Defendant in this action.

DONE this 19th day of June, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge