IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | C.A. NO. B-02-011 |
| VS. | § | |
| | § | Pursuant to Rule 9(h) of |
| ENSCO, INC. and | § | the Federal Rules of Civil |
| ENSCO OFFSHORE COMPANY | § | Procedure - ADMIRALTY |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

Plaintiff Gilberto Pineda designates the following expert witnesses who are expected to testify at the trial of this cause, pursuant to the Court's Scheduling Order:

1. Kenneth G. McCoin, Ph.D.
   7670 Woodway, Suite 171
   Houston, Texas 77063
   713/626-0144

Economist; expected to testify as to Plaintiff's economic losses.

2. Lubor Jarolimek, M.D.
   ORTHOPEDIC CARE CENTER
   1200 Binz, Suite 100
   Houston, TX 77004
   713-285-1993
   713-285-1997 (Fax)

Orthopedic surgeon; expected to testify as to the care, treatment, diagnosis and prognosis of Plaintiff.

3. Medical Professionals working for Valley Regional Medical Center, including but not limited to David G. Haman, M.D.
   100 E. FM 3248
   Brownsville, TX 78521
   956-350-7000

Health care provider(s); expected to testify as to the care, treatment, diagnosis and prognosis of Plaintiff.

4. Medical Professionals working for North Houston Imaging, including but not limited to Dr. Francis K. Lee.
1740 West 27 Street, Suite 160
Houston, Texas 77008
713-861-8188 (Nancy)
713-862-1733 (Fax)

Health care provider(s); expected to testify as to the care, treatment, diagnosis and prognosis of Plaintiff.

5. Medical Professionals working for Kenner Regional Medical Center, including but not limited to Dr. Nancy Bellemare and Dr. Terrence D'Souza.
180 W. Esplanade Avenue
Kenner, LA 70065
504/468-8600
504/464-8093 (Fax)

Health care provider(s); expected to testify as to the care, treatment, diagnosis and prognosis of Plaintiff.

6. Dr. Carlos Diaz
3636 West Esplanade Avenue
Metairie LA 70002
504/780-2225
504/780-2226

Health care provider; expected to testify as to the care, treatment, diagnosis and prognosis of Plaintiff.

Plaintiff also designates any and all experts designated by any other party to this lawsuit and reserves the right to seek leave to designate additional experts if the facts warrant.

This Designation of Expert Witnesses in compliance with and pursuant to the Federal Rules of Civil Procedure, and within the deadlines imposed by this Court.

Respectfully submitted,

THE LAW OFFICES OF
ANTHONY G. BUZBEE, P.C.

By: /s/ A G Buzbee
ANTHONY G. BUZBEE
STATE BAR NO. 24001820
FEDERAL ID. No. 22679
2401 W. Parkwood Ave., Suite B
Friendswood, Texas 77546
281/992-5393
281/992-5392 (FAX)

ATTORNEY FOR PLAINTIFF,
GILBERTO PINEDA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served, via certified mail, return receipt requested and/or facsimile transmission on all defense counsel in this case.

ROBERT L. KLAWETTER
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
STATE BAR NO. 11554700
EDERAL ID. No. 2471
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas 77002
713/225-0905
713/225-2907 (FAX)

ATTORNEY FOR DEFENDANT,
ENSCO OFFSHORE COMPANY

on this the ___4___ day of September, 2002.

/s/ NICHOLAS SIMON

3

KENNETH G. MCCOIN, PH.D., C.F.A.
7670 Woodway, Suite 171
HOUSTON, TEXAS 77063
PH 713 626 0144 ◆ FAX 713 334 7304

AN APPRAISAL OF THE EARNING CAPACITY OF MR. GILBERTO E. PINEDA
September 4, 2002

This is an appraisal of the earning capacity of Mr. Gilberto E. Pineda. It spans two time periods: the "past" and the "future." The past measures earning capacity from November 12, 2001, the assumed date his economic loss began (loss date), until December 31, 2002, the assumed date of trial. The future measures earning capacity from the time of trial through his remaining worklife.

**Methodology** This appraisal follows a specific methodology the Courts have established for calculating earning capacity (Pfeifer, 103 S. Ct. 2541, 1983 and Culver II, 722 F.2d 114 5th Cir., 1983). Earning capacity measures a worker's net compensation earned over the worker's lifetime. Net compensation is defined as wages (cash income), plus fringe benefits (non-cash income), less work-related expenses, less income and social security taxes. Net compensation is then adjusted for the probability that a person will work over the course of a worker's lifetime (by applying a worklife statistic). This adjusted net compensation is often referred to as expected net compensation. Future compensation (net and expected) is expressed in "real" terms, that is in after-inflation dollars. Expected future net compensation is reduced to its present-day value by "discounting" at the expected future real rate of interest or in the parlance of the Courts: the "below-market discount rate."

**Below-Market Discount Rate** Because expected future net compensation is paid today in cash, it is discounted (reduced in value) to an amount calculated to provide expected future net compensation, year-by-year, when combined with interest income earned from that amount. If interest income is to provide (replace) expected future net compensation, however, it must meet three conditions: it must be free from the risk of default; it must provide money income in a timely fashion (on schedule); and it must respond to inflation in the same manner as nominal compensation. Short-maturity investments, such as U. S. Treasury bills, fulfill these requisites. From 1970 to 2000, the average annual real return from bills was 1.5 percent. As with any investment, the real return varies from year to year, but among investment alternatives bills are the most stable. A below-market discount rate of 1.5 percent was applied.

**Future Real Compensation Growth** Courts have noted that even in a non-inflationary economy, compensation of workers tends to grow due to personal merit, increased experience and other individual and societal factors. Since 1970, the growth of real compensation, due to societal factors, has grown about 0.8 percent per year. It is assumed this secular trend will continue.

**Earnings** Mr. Pineda worked as a galley hand aboard an offshore drilling vessel. At the time of his injury, he earned $8.85 per hour or about $31,896 per year (14on/7off,12hr/day). Under the assumption his wage growth for the years since 2001 equal the national average of all workers, his 2002 earnings would approximate $33,013.

**Benefits** A worker earns income in the form of benefits which are expenditures by the employer for the benefit of the employee but are not reported as earned income. A recent U. S. Department of Labor study reports the average benefit rate for workers, exclusive of employer social security contributions, to equal 14.5 percent of wages (USDL #01:194,6/01). Mr. Pineda's benefits are assumed to equal the national average. He also received meals while at work, which are valued at $12 per day.

**Work Expenses** Estimated annual work cost of $900 per year were deducted from earnings.

**Taxes** Income and social security taxes were deducted from earnings.

RE: Mr. Gilberto E. Pineda
September 4, 2002
Page 2 of 2

**Worklife Expectancy** Mr. Pineda was born January 11, 1970. A male 31.8 years of age (age at loss date), who has 12 years of schooling, would on average work 28.1 years during his remaining lifetime (USDL bulletin 225- ). His life expectancy at trial date is 42.8 years or to about age 75.8 (U.S. lifetable 1996, 12/98).

**Household Services** Mr. Pineda's injury may limit his ability to preform household chores. This appraisal assumes he has lost 20 percent of his contribution to household services. From a study, sponsored by the New York State College of Human Ecology and the U. S. Department of Agriculture, entitled "The Dollar Value of Household Work," estimates were obtained of the dollar value of the time contributed by various family members in all household work. The study revealed that household work was a function of family size, age of the youngest child, employment status of the wife and age of the wife.

**Post-Injury Earning Capacity** An appraisal of Mr. Pineda's post-injury earning capacity is also included, albeit for comparative purposes. This appraisal assumes Mr. Pineda will obtain alternative employment on July 1, 2003, at $6.00 per hour or about $12,480 per year an will incur work costs of $900 per year. All other assumptions, save the meal allowance, are the same as the pre-injury appraisal.

**Findings** Mr. Pineda's earning capacities are summarized in Table I. Lost earning capacity is measured as the difference between pre-injury and post-injury (or some multiple of post-injury) earning capacity.

Table I
### EARNING CAPACITIES

|  | PAST | FUTURE | Past & Future |
|---|---|---|---|
| PRE-INJURY | $32,823 | $922,643 | $955,466 |
| Less: POST-INJURY |  | 325,289 | 325,289 |
| LOST EARNING CAPACITY | 32,823 | 597,354 | 630,177 |
| Plus: LOST HOUSEHOLD SERVICES | 964 | 29,145 | 30,109 |
| ECONOMIC LOSS | 33,787 | 626,499 | 660,286 |

Please understand these findings may change upon the receipt of additional information.

Kenneth G. McCoin Ph.D., C.F.A.

Mr. Anthony Buzbee
MELANCON, HOGUE & BUZBEE, L.L.P.
361 E. Parkwood Avenue
Friendswood, Texas 77546

# ADDENDUM

## To the report of Kenneth G. McCoin in the matter of Mr. Gilberto E. Pineda

I have considered the following documents, which are particular to Mr. Gilberto Pineda:

1) Memo of 8/29/02 from Mr. Nick Simon reflecting dates of injury, trial, family members birth dates, job title, etc.

2) Social security earnings history.

3) Federal income tax returns for years 1999 through 2001

4) Fringe benefit statement from Ensco


I have also considered the following documents, which are of general economic application:

1) *Economic Report of the President 2002*; pertains to historical compensation growth, inflation & yields on treasury securities.

2) *Vital Statistics of the United States, 1996*; pertains to estimates of future life expectancy

3) *The Worklife Tables of the United States*, 1984 (bulletin 2254); pertains to estimates of future worklife expectancy.

4) *Monthly Labor Review*, December 2001; provides update of compensation growth

5) *News United States Department of Labor*, 01-194, (June 29, 2001) Dept. of Labor; pertains to benefit rates.

6) "The Dollar Value of Household Work," William H. Gauger and Kathryn E. Walker, New York State College of Human Ecology, Cornell University, Ithaca, New York


My qualifications, publications and the like are contained in my resume which is attached. My compensation is at the rate of $230 per hour for time spent on all facets of work. My report reflects my opinions concerning the economic losses are based on my experience and education.

In the last four years, I have testified in the following cases:

| CAUSE # | CASE NAME | COUNTY | NUMBER |
|---|---|---|---|
|  | Adams, Earl | Harris |  |
|  | Andriolis, Nicholaos | Harris | 127 |
|  | Asplin, Kathryn S. | Dallas |  |
|  | Babin, Joey L. | Galveston | F |
|  | Barber, David | Galveston | F |
|  | Bonigay, Flora | Harris |  |
|  | Blackledge, Brian | Harris |  |
|  | Brice, Rickey A. | Jefferson | 136 |
|  | Brown, Derek | Harris |  |
|  | Bush, Ervin | Harris |  |
|  | Butler, Patsy S. | Harris |  |
|  | Calhoun, Michael E. | Harris | F |
|  | Castaneda, Lorena | Harris |  |
|  | Caudell, Joseph | Galveston | F |
|  | Chandler, Mark A. | Harris |  |
| 00-41623 | Cofsky, Jeff S. | Harris | 251 |
|  | Cole, Chris | Harris |  |
|  | Coltrin, Robert B. | Harris |  |
|  | Cruz, Sergio | Harris |  |
|  | Daniels, Derek | Harris |  |
|  | Day, Leonard B. | Galveston | 122 |
|  | DeBoisbleuille, Gerald | Galveston | F |
|  | Dewberry, Lawanna | Harris |  |
|  | Dodds, Jimmie | Harris |  |
| 97-3900 | Doyle, Carl V. | Calcasieu | 14 |
|  | Edgin, John L. | Galveston | F |
| 99-C-504 | Engle, John S. | Cass |  |
|  | Ferguson, Matthew | Harris |  |
| Arbitration | Fina Oil | Harris |  |
|  | Fisher, Christina | Harris |  |
|  | Flowers, Bobby A. | Harris |  |
|  | Foussell, Dudley L. | Galveston | F |
|  | Gaines Towing | Harris | F |
|  | Gallo, Crystal J. | Harris |  |
| 99-06-04931 | Galvan, Kristal | Cameron |  |
|  | Gashamp, Bobby | Harris |  |
| E-156,535 | Geddard, Robert M. | Cameron |  |
|  | Gilman, Timothy A. | Dallas |  |
| 99-04-37485 | Gonzalez, Hector | Harris |  |
| 00-3375-H | Hale, Madeleine | Dallas |  |
| 16,702-A | Hancock Construction | Cameron |  |
|  | Harkins, Michael | Harris | F |
| A-161,642 | Harrison, Antoinette M. | Jefferson | 56 |
|  | Hays, Raymond A. | Galveston |  |
| V-00-94 | Hershberger, Joseph J | Victoria | F |
|  | Hill, David W. | Dallas |  |
|  | Hooks, Jarvis | Harris |  |
| G-00-228 | Horton, Billy R. | Galveston | F |
| 99-27178 | Izquierdo, Billy | Harris |  |
|  | Johns, Jennifer L. | Harris |  |
|  | Kelsey, J.V. | Dallas |  |
|  | Kitson, Daniel | Harris |  |
|  | Langrell, James R. | Harris |  |
|  | Leal, Nicholas | Harris |  |
|  | Lewis, James E. | Harris |  |
| G-00-033 | Macuto, George A. | Galveston | F |
|  | Malaney, Kevin J. | Galveston | F |
| 99-031083-E | Martinez, Fidencio | Cameron |  |
| G-00-309 | Mavidin, Edwin E. | Galveston | F |
| 98-63833 | McCoy, Keith | Harris | 113 |
| 2-97-cv-0198 | McFerren, Carl | Harris |  |
|  | McKinley, Joe L. | Galveston | F |
|  | McNew, Jerry | Harris |  |
| G-00-020 | Mendez, Jose | Galveston | F |
| 90-991-272 | Mireles, Roberto A. | Harris |  |
|  | Montgomery, Kennis E. | Galveston |  |
| 2000-21169 | Morris, Lionel | Harris | 11 |
| G-26-127 | Motts, Nevielle S. | Harris |  |
|  | Nelson, Charles T. | Jefferson |  |
|  | Nussbeck, Henry | Jefferson | 56 |
| G-00-068 | Parfait, Eric J. | Galveston | F |
|  | Patrick, James M. | Harris |  |
|  | Allemang, Francis G. | Harris |  |
| E-157917 | Arrington, Delearn | Harris |  |
| D-165,094 | Averena, Michael | Harris |  |
| 7-99cv-015-x | Ball, Jerry L. Sr. | Calhoun |  |
|  | Beeson, Richard | Dallas | F |
|  | Bickham, Akela | Galveston | F |
|  | Bodenheimer, Robert M. | New Orleans | S |
| 96-08227 | Briceno, Noemi | Travis |  |
| A-99-CA-784-JN | Browne, Donna | Travis | F |
|  | Butler, Glenda | Harris |  |
|  | Caillouette, John V. | Harris |  |
|  | Cameron, Victor E. | Galveston | F |
| 99-CVQ-00472-D2 | Castillo, Rick | Harris |  |
|  | Caudle, Dinksy F. | Jefferson |  |
| LR-C-99-495 | Chu, Nancy | Harris |  |
|  | Cole, Charles B. | Harris |  |
| 4390 | Collett, Lenny M. | Harris |  |
|  | Cook, David | Harris |  |
|  | Curles, Dennis D. | Harris |  |
|  | Dawson, Daniel E. | Dallas | F |
| SA-00-ca-0759FB | Deetherage, Michael | Bexar | F |
|  | Demer, Kayla | Harris |  |
| 98-25b04 | Dickson, Frank | Harris | 334 |
|  | Doxey, JoAnn | Harris |  |
|  | Duran, Maria D. | Harris |  |
|  | Elizondo, Maria E. | Harris |  |
| 99-80531 | Epstein, Erica | Harris | 190 |
|  | Fields, Vanessa | New Orleans | S |
|  | Fina Oil v Stolt | Harris |  |
|  | Florence, Darrell | Harris |  |
|  | Foster, Tim | Harris |  |
| 1 00CV-094 | Gaddis, Courtlin | Jefferson | F |
| 99-04131-C | Gallardo, Margarito | Dallas |  |
| CC-00-07110-C | Gallups, Charles J. | Dallas |  |
|  | Gerlanger, Alex | Dallas |  |
|  | Gois, Ray A. | Galveston | F |
|  | Gerold, Elizabeth | Harris |  |
| 1999-40872 | Gonzales, Porfirio | Harris | 152 |
|  | Guardado, Juan | Harris |  |
|  | Hallman, David | Galveston | F |
| 01-00132-CV | Hanna, Victoria | Montgomery | 410 |
| CIV 01-0293 inq/mo | Harkins, Michael | Harris |  |
|  | Hatchey, Louis W. | Galveston | 10 |
| 345-177833-99 | Hernandez, David | Fort Worth |  |
|  | Herzer, Anna | Harris |  |
|  | Hollum, Ladd | Harris |  |
|  | Horn, Sherry | Harris |  |
| 98-11405 | Hrabal, Stephen | Dallas |  |
|  | James, Christopher | Harris |  |
|  | Jones, Kevin F. | Harris |  |
|  | Kilgore, Dwight | Harris |  |
|  | Laffitte, Lee | Galveston | F |
|  | Lawrence, Chris | Harris |  |
|  | Lee, Arnold W. | Harris |  |
| G-96-288 | Luke, Roy | Galveston | F |
|  | Meiner, Kevin | Harris |  |
|  | Mann, Cathy L. | Dallas |  |
|  | Massey, Lowie A. | Harris |  |
|  | McGavit, Robert | Harris |  |
| 2:98-CV-375-J | McDonald, Randy J. | Harris |  |
| G-99-380 | McGuire, Chadwick | Galveston | F |
|  | McLannan, Peter | Harris |  |
| 33.399 | McWilliams, Kendall | Hutchinson | 84 |
| 00-808,828 | Michalka, Kenneth | Harris |  |
|  | Monly, Doug | Harris |  |
|  | Moore, Shannon | Harris |  |
|  | Mosher, Melvin | Dallas |  |
|  | Moultrie, Hebert | Galveston | F |
|  | Nelson, Joseph A. | Galveston | F |
|  | Osborn, Richard | Harris |  |
|  | Parks, Bobby I | Harris |  |
| C32500C | Pearson, Phillip W. | Hidalgo |  |

| CAUSE # | CASE NAME | COUNTY | NUMBER | | CAUSE # | CASE NAME | COUNTY | NUMBER |
|---|---|---|---|---|---|---|---|---|
| | Pennington, Angela R. | Harris | | | | Pequeno, Juan | Harris | |
| G-99-177 | Perez, Mary L. | Harris | F | | 13908-JG00 | Perry, Steve G. | Brazoria | 239 |
| | Pledger, Terry | Galveston | F | | | Pope, Steven D. | Harris | |
| | Powell, Charles J. | Dallas | | | | Powell, Kenneth | Galveston | F |
| | Privett, Bobby | Galveston | | | | Raine, Terrell | Galveston | F |
| | Reed, Elaine S. | Harris | | | 99-09233 | Reese, James C. | Harris | 11 |
| | Resendez, Jonathan | Harris | | | | Reyes, Juan P. | Cameron | |
| G-00-236 | Rimer, Timothy | Galveston | F | | | Rives, Jesus, Jr. | Harris | |
| | Roberts, Curley | Harris | | | | Roberts, Ida Sue | Harris | |
| | Roberts, Warren J. | Harris | | | | Robertson, Julius | Harris | |
| E-167, 317 | Robin, Bryan | Jefferson | | | | Rodriguez, Christina | Maverick | 366 |
| 99-10991 | Rodriguez, Kimberly | Travis | | | | Rosales, Jose | Harris | |
| | Ross, Charles | Harris | | | | Russell, Janice N. | Harris | |
| 99-39655 | Santana, Kessia | Harris | 334 | | | Schulze, John P | Nueces | |
| | Scott, Kevin E. | Harris | 333 | | | Scott, Madison | Harris | |
| | Scott, Ray | Harris | | | G-00-554 | Seago, William | Galveston | F |
| z-99cv0152-th | Sealy, Tamara (John) | Harrison | F | | | Serrato, Pete G. | Harris | |
| | Simon, Gerald A. | Galveston | F | | | Smart, Karen | Harris | |
| | Smith, Kenneth R. | Galveston | 10 | | B-182,007 | Shead, Jonathan K. | Fort Worth | |
| 99-23669 | Standley, Kristen A. | Harris | | | | Stanford, Curtis | Jefferson | |
| | Stewart, Lannette | Harris | | | | Stewart, Martel M. | Dallas | |
| | Stokes, Everett A. | Jefferson | | | G-00-500 | Summers, Joseph | Galveston | F |
| 58,640 | Syzdek, David | Harris | | | G-00-409 | Tezeno, Manuel | Galveston | F |
| | Thein & Tran | Galveston | F | | | Thomas, David K. | Harris | |
| | Thomason, Sammy N. | Harris | | | | Tradler, Alan | Harris | 127 |
| | Trujillo, Joaquin | Harris | | | | Trujillo, Mario M. | Harris | |
| 99-01694-a | Turney, Roy | Dallas | | | 22,347 | Tymel, Ronald | Brazoria | |
| | Umezutike, Foster | Harris | | | | Vargas, Ricardo | Harris | |
| | Vasques, Miguel | Harris | | | | Villarreal, Claudio | Harris | |
| | Watson, James D. | Galveston | F | | | Weatherford, Teresa L. | Harris | |
| 99-23640 | Weaver, Tami | Harris | 164 | | 1:99-CV-0159 | Webb, Earnest A. | Jefferson | F |
| | Whetstone, R. L. | Harris | F | | | Williams, Eddie E. | Harris | 234 |
| | Williams, Kelvin | Galveston | F | | | Williams, Michael J. | Harrison | F |
| G-99-CV-464 | Wilson, Elton | Galveston | F | | | Woodruff, Kathy | Dallas | |
| | Yau, Wen | Harris | | | C-98-299 | Young, Paul A. | Nueces | F |

R E S U M E

| | |
|---|---|
| **NAME:** | KENNETH GLEN McCOIN |
| **ADDRESS:** | Home    7814 Del Monte<br>            Houston, Texas 77063<br><br>Office    Three Riverway, Suite 650<br>            Houston, Texas 77056 |
| **TELEPHONE:** | Office    (713) 626-0144<br>Home     (713) 977-0222 |

**PRESENT ACTIVITIES:** President, Waterford International Asset Management, Inc. (4/88 to present). Waterford International is an investment banking firm specializing in private placements & asset management. The firm participates in variety of offerings: equipment leasing, research & development, real estate and oil & gas. Responsibilities include: structuring the offering, organization of the selling syndicate, due diligence, presentations to clients & prospects, and client correspondence. NASD Series: 7, 22, 39, 63.

**PROFESSIONAL EXPERIENCE:** Principal, Private Equity, Inc. (9/81 to 9/87). Private Equity (successor to McCoin & Company) is a direct participation broker/dealer. The company is a member of NASD & SIPC, and is registered with the SEC and state regulatory agencies. The company has participated in variety of offerings: equipment leasing, research and development, real estate and oil & gas. Responsibilities include: structuring the offering, organization of the selling syndicate, due diligence, presentations to clients & prospects, regulatory reporting and client correspondence. NASD DPP principal.

President (3/78 - 9/81) Mosher, McCoin & Sims, Inc., investment advisors. MMS is an investment advisor to corporate pension and profit sharing plans, corporations and individuals. Professional responsibilities included: Fixed income portfolio management. Research - developed quantitative market timing models for the fixed income market. Developed bond portfolio performance simulator which shows the return and risk of a bond portfolio in response to changing yield curves and yield spreads. The measurement and analysis of portfolio performance. Marketing - responsible for presentations to clients and prospective clients

Chief Economist (1976 - 1978), Economist (1974 - 1976) American General Capital Management, Inc. AGCM manages $2.5 billion in securities for mutual funds of all types, profit sharing and pension funds. Responsibilities included: Policy - the Portfolio Review Committee, Equity Policy Committee, the Fixed Income Policy Committee. Research - Analyze and forecast domestic and international economic and financial market conditions. The measurement and analysis of portfolio performance. The development of multivariate econometric models used in market timing analysis of both fixed income and equity markets. The development of portfolio simulation algorithms designed to test the effects of various economic scenarios on portfolio performance. Presentations-Board of Directors of the American General Group and Investment Companies under management, Senior Executive Officers of American General Insurance Company, professional organizations and certain pension and endowment accounts. Publications - Quarterly Investment Policy Commentary; Monthly Bond Letter, Macroeconomic Forecasts, and papers analyzing and explaining selected economic subjects.

**TEACHING EXPERIENCE:**   Lecturer in Administrative Science, Jess H. Jones School of Administration, Rice University 1985-1986

Lecturer in Finance and Economics, University of Houston, 1975 to 1985. Instructor of finance 1971-1974, Teaching Fellow, University of Houston 1970-1971. Courses taught (graduate and under graduate): Corporation Finance, Money and Banking, Managerial Economics, Capital Budgeting, Investments, Micro- economics. Special Programs: Administrator "Intop" management simulation game. Development, programming, and implementation of Compustat Financial Data Tapes.

Adjunct Professor Business and Economics, Houston Baptist University, 1979 to Present. Courses taught: Investments

Program Director, Intensive Management Development Institute, Houston, Texas. Upper level managers from around the world participate in a five day financial management program. Designed a computer game which emulates the performance of a corporation from financial decisions of student management teams.

**EDUCATION:**

Chartered Financial Analyst, 1979

Investment Management Program, Stanford University, 1976

Ph.D. (1974) University of Houston. Areas of Defense: Macroeconomics, Microeconomics, Econometrics, Monetary Economics, Corporation Finance and Investments. Dissertation: <u>The Relative Performance of Open-End Investment Companies During Periods of Rising and Falling Securities Prices</u>, 1974.

BBA (1970) University of Houston Major: Finance

**PUBLICATIONS:**

"<u>The Bond Refunding Decision: One Face or Two?</u>" Journal of Finance, March, 1977 (with T. H. Mayor).

"<u>The Rate of Discount in Bond Refunding</u>", Financial Management, Autumn, 1974 (with T. H. Mayor).