United States District Court
Southern District of Texas
FILED

OCT 0 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO PINEDA | § § | |
| VS. | § § | C.A. NO. B-02-011 |
| ENSCO INC. AND ENSCO OFFSHORE COMPANY | § § § | |

## DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

COMES NOW, Defendant, **ENSCO Offshore Company**, and makes known to the Court that the following persons may be called to testify as expert witnesses in this cause:

A. **SPECIALLY RETAINED EXPERTS**

**J. Martin Barrash, M.D.**
Greenpark One
7515 S. Main, Suite 200
Houston, TX 77030
713/797-9775

Dr. Barrash is a neurosurgeon who may testify concerning the nature and extent of Plaintiff's injuries, his medical examination of Plaintiff, and his diagnosis and prognosis arising from same. He may testify live or by deposition. Dr. Barrash's opinions and mental impressions are set forth in his Independent Medical Evaluation Reports, a copies of which is attached. See also his deposition testimony.

**J.J. Laborde, M.D.**
**Laborde Diagnostics**
309 St. Julien Avenue, Suite 200
Lafayette, LA 70506
337/237-3424

Dr. Laborde is a physician who may testify concerning the nature and extent of Plaintiff's injuries, his medical examination of Plaintiff, and his diagnosis and prognosis arising from same. He may testify live or by deposition. Dr. Laborde's opinions and mental impressions are set forth in his report, a copy of which is attached.

**Kenneth J. Boudreaux, Ph.D.**
**Dan M. Cliffe, CPA**
**J. Stuart Wood, Ph.D.**
1242 Bordeaux Street
New Orleans, Louisiana 70115
504/895-8741

Dr. Boudreaux is an economist who may testify concerning Plaintiff's alleged economic loss, if any. He may testify live or by deposition. Dr. Boudreaux's opinions and mental impressions are set forth in his expert report, a copy of which will be produced pursuant to the agreement of the parties on Friday, October 11, 2002.

**Jeffrey E. Carlisle**
**Jennifer Palmer & Company**
9850 Montague Street
Tampa, Florida 33626
813/792-2825

Mr. Carlisle is a vocational rehabilitation expert who may testify concerning the vocational rehabilitation aspects of this case. He may testify live or by deposition. Mr. Carlisle's opinions and mental impressions are set forth in his expert report, a copy of which will be produced pursuant to the agreement of the parties on Friday, October 11, 2002.

**G. Fred Liebkemann**
476 Metairie Road, Suite 220
Metairie, LA 70005
504/835-6438

Mr. Liebkemann is an engineer and rig operations/safety expert who may testify concerning the alleged liability aspects of this case. He may testify live or by deposition. Mr. Liebkemann's opinions and mental impressions are set forth in his expert report, a copy of which is attached.

**Dennis Schwartzmeyer**
**The Reny Company**
16610 Dallas Parkway, Suite 2400
Dallas, Texas 75248
972/250-0189

Mr. Schwartzmeyer is a representative of The Reny Company, a medical auditing and medical case management company. He and/or another representative of The Reny Company may be called upon to testify (in conjunction with Defendant's retained medical expert) regarding whether Plaintiff's alleged medical bills herein constitute reasonable and necessary charges in this "medical community" for the treatment and services rendered.

B.  **MEDICAL PROVIDERS**

The following medical providers may testify regarding their treatment of Plaintiff. They may testify to same from their respective medical records, in person, or by deposition:

**Lubor Jarolimek, M.D.**
**and/or his Custodian of Records**
1200 Binz, Suite 100
Houston, TX 77004
713/522-2222

**Dr. Carlos Diaz**
**and/or his Custodian of Records**
3636 West Esplanade Ave.
Metairie, LA 70002

Dr. Jarolimek and/or Dr. Diaz are "retained" and/or "consulting" experts to whom Plaintiff was referred by his attorneys. As such, Defendant does not adopt, endorse or ratify their opinions herein. However, Defendant does reserve the right to call them to testify either live or via their records.

C.  **HOSPITALS AND/OR CLINICS**

The following physicians and/or staff will testify on medical issues and the treatment of Plaintiff. They may testify to same from their respective medical records, in person, or by deposition:

**Custodian of Records for**
**Kenner Regional Hospital**
180 West Esplanade Ave.
Kenner, LA 70065
504/468-8600

**Custodian of Records for**
**North Houston Imaging**
237 North Loop West
Houston, TX 77008
713/861-8188

**Custodian of Records for**
**Valley Regional Medical Center**
100 E. Alton Gloor Blvd., Bldg. A
Brownsville, TX 78526
956/350-7276

D. **OTHER EXPERT WITNESSES**

    Any and all experts listed by Plaintiff in this cause. Defendant does not in so doing endorse their opinions, but reserves the right to call them to testify either live or via their records.

    Any and all doctors and/or facilities involved in the treatment of Plaintiff's alleged injury herein, as well as any related prior or subsequent injury.

    Defendant reserves the right to withdraw the designation of any expert witness and to aver positively that such previously designated expert will not be called as an expert witness at trial and to re-designate same as a consulting expert who cannot be called by opposing counsel.

    Defendant also reserves the right to designate additional responsive/rebuttal experts once the substance of the other expert witness' testimony is learned.

                               Respectfully submitted,

                               Robert L. Klawetter
                               State Bar No. 11554700
                               The Niels Esperson Building
                               808 Travis, 20th Floor
                               Houston, Texas 77002
                               Phone: 713/225-0905
                               Fax:   713/225-2907

                               Attorney in Charge for Defendant
                               **ENSCO Offshore Company**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am a member of the firm of Eastham, Watson, Dale & Forney, L.L.P., attorneys in charge for the Defendant herein, and that I forwarded a true and correct copy of the foregoing to all counsel of record on this the **4th** day of **October 2002**.

**CM/RRR #7001 0320 0000 7029 6579**
Mr. Peter Taft
Mr. Anthony Buzbee
The Law Offices of Anthony Buzbee, P.C.
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546

Robert L. Klawetter