IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | |
| VS. | § | C.A. NO. B-02-011 |
| | § | |
| ENSCO INC. AND ENSCO OFFSHORE COMPANY | § § | |

### DEFENDANT'S NOTICE OF FILING FIRST AMENDED DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant **ENSCO Offshore Company**, and confirms that it has served its First Amended Disclosures upon Plaintiff's counsel.

Respectfully submitted,

Robert L. Klawetter
State Bar No. 11554700
Federal I.D. #2471
20th Floor, Niels Esperson Building
808 Travis Street
Houston, TX 77002
(713) 225-0905 – Telephone
(713) 225-2907 – Telefacsimile

Attorneys for Defendant,
ENSCO Offshore Company

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

19864♦3NJGH1124.RLK

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that I am a member of the firm of Eastham, Watson, Dale & Forney, L.L.P., attorneys in charge for the Defendant herein, and that I forwarded a true and correct copy of the foregoing to all counsel of record on this the **21st** day of **January, 2003**.

**CM/RRR #**
Mr. Anthony H. Buzbee
Mr. Joseph Jaworski
The Law Offices of Anthony G. Buzbee, P.C.
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546

_____
Robert L. Klawetter