IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GILBERTO PINEDA | § | |
| | § | |
| VS. | § | C.A. NO. B-02-011 |
| | § | |
| ENSCO INC. AND ENSCO | § | |
| OFFSHORE COMPANY | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendant ENSCO Offshore Company and Plaintiff Gilberto Pineda to announce that all claims have been settled in the above-captioned matter. Accordingly, the parties request that it be removed from the court's docket. The parties anticipate that the terms of the settlement will be completed within thirty days.

Respectfully submitted,

Robert L. Klawetter
State Bar No. 11554700
Federal I.D. No. 2471
Christina K. Schovajsa
State Bar No. 24002910
Federal ID No. 25142
Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
713/225-0905
713/225-2907 (Telecopier)

Attorney in Charge for Defendant
**ENSCO Offshore Company**

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

_[signature]_

Anthony G. Buzbee
State Bar No. 24001820
Federal ID No. 22679
Joseph S. Jaworski
State Bar No. 10593200
The Law Offices of Anthony G. Buzbee, P.C.
2401 W. Parkwood Avenue, Suite B
Friendswood, TX 77546
281/992-5393
218/992-5392 (Telecopier)

Attorney in Charge for Plaintiff
**Gilberto Pineda**