IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERTO PINEDA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION B-02-011 |
| ENSCO INC. AND ENSCO OFFSHORE CO., | § § § | |
| Defendants. | § | |

### Final Order of Dismissal

BE IT REMEMBERED that on February 24, 2003, the Court considered the Parties' Joint Notice of Settlement [Dkt. No.23 ]. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 24th day of February 2003.

Hilda G. Tagle
United States District Judge