25

United States District Court
Southern District of Texas
ENTERED

MAR 25 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GILBERTO PINEDA §
§
VS. § C.A. NO. B-02-011
§
ENSCO INC. AND ENSCO OFFSHORE §
COMPANY §

**ORDER OF DISMISSAL**

This day came on to be heard the above entitled and numbered cause wherein **Gilberto Pineda** is Plaintiff and **ENSCO Offshore Company** is Defendant, when came the Plaintiff by his attorney, Anthony G. Buzbee, and came the Defendant by its attorney, Robert L. Klawetter of Eastham, Watson, Dale & Forney, L.L.P., and the parties announced to the Court that all of the claims, demands and issues which have or might have been asserted by Plaintiff against Defendant in the pleadings filed herein have been fully compromised and settled, and that the Plaintiff for valuable consideration received, has executed and delivered a RELEASE AND INDEMNITY AGREEMENT to the Defendant in full settlement of all claims herein made by Plaintiff, and now on motion of the parties hereto that Plaintiff's cause against Defendant, **ENSCO Offshore Company** be dismissed with prejudice, it is accordingly:

**ORDERED, ADJUDGED, AND DECREED** that the Plaintiff, **Gilberto Pineda**, take nothing by this suit against the Defendant, **ENSCO Offshore Company** herein, and that the Plaintiff's suit be, and the same is hereby, dismissed with prejudice with each party to bear its own taxable costs of Court.

**DONE AND ENTERED** in Texas, this 24 day of March, 2003.

[signature]

UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

Anthony G. Buzbee
State Bar No. 24001820
The Law Offices of Anthony G. Buzbee, P.C.
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546

Attorney in Charge for Plaintiff,
**Gilberto Pineda**

Robert L. Klawetter
State Bar No. 11554700
Eastham, Watson, Dale & Forney, L.L.P.
Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002

Attorney in Charge for Defendant,
**ENSCO Offshore Company**